1  G. Thomas Martin, III (SBN 218456)
   **PRICE LAW GROUP, APC**
2  15760 Ventura Blvd., Suite 1100
   Encino, CA 91436
3  Direct Dial: (818) 907-2030
   Fax: (818) 205-3730
4  tom@plglawfirm.com

5  Attorneys for Plaintiff,
   DEBRA FIELD

JS6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBRA FIELD, <br><br> Plaintiff, <br><br> vs. <br><br> MANDARICH LAW GROUP, LLP and DOES 1 to 10, inclusive, <br><br> Defendants. | Case No.: 12-cv-04456-PA-JC <br><br> [~~PROPOSED~~] ORDER OF DISMISSAL WITH PREJUDICE |

PURSUANT TO STIPULATION, IT IS SO ORDERED that all claims of Plaintiff DEBRA FIELD against Defendant MANDARICH LAW GROUP, LLP are dismissed, with prejudice. Plaintiff DEBRA FIELD and Defendant MANDARICH LAW GROUP, LLP shall each bear their own costs and attorneys' fees.

IT IS SO ORDERED

Dated 9/13/12

_____
United States District Judge

- 1 -

[PROPOSED] ORDER OF DISMISSAL